

**ORDERED in the Southern District of Florida on October 22, 2009.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: LEONARD STINE            Case No. 09-10935-LMI
 and LOIS STINE,
  Debtor.     /                 Chapter 13

### ORDER GRANTING DEBTORS' EMERGENCY TO APPROVE MODIFICATION OF MORTGAGE ON HOMESTEAD

THIS CAUSE having come before the Court at 10:00 a.m. on the 15th day of October 2009 upon Debtors' Emergency Motion to Approve Modification of Mortgage on Homestead, and for the reasons expressed on the record it is,

**ORDERED** and **ADJUDGED**

1. That Debtors' Emergency Motion to Approve Modification of Mortgage on Homestead is GRANTED;

2. The Modification Agreement dated the 25th day of August 2009 is approved.

###

SUBMITTED BY: James Schwitalla, Esquire
The Bankruptcy Law Offices of James Schwitalla, P.A.
12954 SW 133 Court, Miami, FL 33186
Phone: 305.278.0811, Fax: 305.278.0812
jws@MiamiBKC.net

THE FOLLOWING PARTIES ARE TO RECEIVE A CONFORMED COPY OF THIS ORDER: JP Morgan Chase Bank, Debtor, Chapter 13 Trustee

Attorney Schwitalla is directed to serve copies of this order on the parties listed and file a certificate of service.